UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ALEX ALFONSO SALAVERRIA, | Case No. 2:24-cv-00353-JAD-NJK |
|---|---|
| Plaintiff(s), | |
| v. | REPORT AND RECOMMENDATION |
| NEVADA STATE DEPARTMENT OF JUSTICE, et al., | |
| Defendant(s). | |

On February 16, 2024, Plaintiff filed an application to proceed *in forma pauperis*. Docket No. 1. On February 21, 2024, the Court denied that application as incomplete. Docket No. 3. The Court ordered Plaintiff to either file a fully complete application to proceed *in forma pauperis* or pay the filing fee. *Id.* at 2. The deadline to comply was set for March 21, 2024, and the Court warned that failing to comply will subject the case to dismissal without prejudice. *Id.* Notwithstanding that warning, Plaintiff has not filed a renewed application to proceed *in forma pauperis*, has not paid the filing fee, and has not sought an extension of the compliance deadline.

This case cannot proceed without Plaintiff either paying the filing fee or filing an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). Having refused to do either in this case, Plaintiff's complaint is subject to dismissal. *E.g.*, *Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021).

Moreover, Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than

dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: April 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).